# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL BRANNAN AND, STACY
STONE, INDIVIDUALLY AND ON
BEHALF OF THEIR DECEASED WIFE
AND MOTHER, DEBORAH BRANNAN

VERSUS

DEVANG LODHAVIA, MD; ESTATE OF
MARIO BELTRAN, MD; EAST BATON
ROUGE MEDICAL CENTER D/B/A
OCHSNER MEDICAL CENTER—BATON
ROUGE; NICOLE JOHNSON-SMITH, RN;
EDWARD WILLETT, MD; JON M. CUBA,
MD; LEXINGTON INSURANCE COMPANY;
PROASSURANCE SPECIALTY
INSURANCE; LOUISIANA MEDICAL
MUTUAL INSURANCE COMPANY
(LAMMICO); INTERSTATE FIRE &
CASUALTY INSURANCE COMPANY

NO.   2021 CW 1344

**JANUARY 31, 2022**

---

In Re:   Devang Lodhavia, M.D., applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 683,452.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT